# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID INOUYE, on Behalf of Himself
and All Others Similarly Situated,

Plaintiff,

vs.

ADIDAS AMERICA, INC.,

Defendant.

CASE 8:22-CV-00416-VMC-TGW

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: March 21, 2022

<u>s/William Wright</u>

Plaintiff(s) Counsel of Record               Defendant(s) [Counsel of Record