## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| David Inouye, individually and on behalf of all others similarly situated,  | 8:22-cv-00416-VMC-TGW |
| Plaintiff, | |
| - against - | |
| Adidas America, Inc., | |
| Defendant | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 6, 2023

                                          Respectfully submitted,

                                          /s/Will Wright
                                          The Wright Law Office, P.A.
                                          Will Wright
                                          515 N Flagler Dr Ste P300
                                          West Palm Beach FL 33401-4326
                                          Tel: (561) 514-0904
                                          willwright@wrightlawoffice.com